WILLIG, WILLIAMS & DAVIDSON
BY: JONATHAN KRINICK, ESQUIRE     Attorney for Debtor
Identification No. 46350
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
(215) 814-9227

_____

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | Bankruptcy No. 18-10736-jkf |
| JAMIL T. WILLIAMS, | : | |
|     Debtor | : | **HEARING TO BE HELD** |
| | : | **Date: 10/24/18** |
| | : | **Time: 9:30 AM** |
| | : | **Place: U. S. Bankruptcy Court** |
| | : | **Courtroom 3** |
| | : | **900 Market St.** |
| | : | **Philadelphia, PA 19107** |

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Please mark as WITHDRAWN the document filed on the docket in this case as #37 and titled Notice of Objection To Claim of Water Revenue Bureau as it contains incorrect information.

                                         Respectfully submitted,

9/11/18                                         /s/ Jonathan Krinick
DATE                                           JONATHAN KRINICK, ESQUIRE
                                              Counsel for Debtor