# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | Bankruptcy No. 18-10736-jkf |
| JAMIL T. WILLIAMS, | : | |
| Debtor | : | **HEARING TO BE HELD** |
| | : | **Date: 10/24/18** |
| | : | **Time: 9:30 AM** |
| | : | **Place: U. S. Bankruptcy Court** |
| | : | **Courtroom 3** |
| | : | **900 Market St.** |
| | : | **Philadelphia, PA 19107** |

\* \* \* \* \* \* \*

## AMENDED
## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

**The Debtor has filed an objection of the proof of claim you filed in this bankruptcy case.**

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change or claim, you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Jean K. FitzSimon on October 24, 2018 at 9:30 AM in Courtroom 3, in United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania 19107. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

Date: 9/11/18

/s/ Jonathan Krinick
JONATHAN KRINICK, ESQ.
Attorney for Debtor
WILLIG, WILLIAMS & DAVIDSON
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
(215) 814-9227
Fax: (215) 567-2310