WILLIG, WILLIAMS & DAVIDSON
**BY: JONATHAN KRINICK, ESQUIRE**     Attorney for Debtor
Identification No. 46350
1814 Chestnut Street
Philadelphia, PA 19103
(215) 814-9227

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| JAMIL T. WILLIAMS, | : | Bankruptcy No.  18-10736-jkf |
| Debtor(s) | : | Chapter 13 |
| | : | |

**PRAECIPE TO WITHDRAW OBJECTION TO**
**PROOF OF CLAIM #3 OF WATER REVENUE BUREAU**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Please mark as WITHDRAWN the Debtor's Objection To Proof Of Claim #3 of Water Revenue Bureau filed in the above-referenced matter.

Respectfully submitted,

10/17/10                                                              /s/  Jonathan Krinick
DATE                                                                   JONATHAN KRINICK, ESQUIRE
                                                                              Counsel for Debtor