| | |
|---|---|
| WILLIG, WILLIAMS & DAVIDSON<br>**BY: JONATHAN KRINICK, ESQUIRE**<br>Identification No. 46350<br>1845 Walnut Street, 24th Floor<br>Philadelphia, PA  19103<br>(215) 814-9227 | Attorney for Debtor |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| JAMIL T. WILLIAMS, | : | Chapter 13 |
| Debtors | : | |
| | : | Bankruptcy No.  18-10736-jkf |

## CERTIFICATION OF NO RESPONSE
## TO DEBTOR'S COUNSEL'S APPLICATION FOR COMPENSATION
## AND REIMBURSEMENT OF EXPENSES

The Debtor, by and through undersigned counsel, hereby submits this certification that there has been no response to the pending Debtor's Counsel's Application For Compensation And Reimbursement Of Expenses. In support of this Certification, counsel states the following:

1.   Debtor's Counsel filed an  filed an Application For Compensation And Reimbursement Of Expenses on February 13, 2019.

2.   The Application was served on the Debtor, the Chapter 13 Trustee, and the United States Trustee on February 13, 2019.

3.   There has been no Objection or Response to the Application.

                                                                                                Respectfully submitted,

4/2/19                                                                        /s/  Jonathan Krinick
                                                                               JONATHAN KRINICK, ESQUIRE
                                                                               Counsel for the Debtor