**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: :
: Bankruptcy No. 18-10736-jkf
JAMIL T. WILLIAMS, :
Debtor :
:

## ORDER

AND NOW, this _____ day _____, 2019, upon consideration of Attorney's request for an award of compensation and reimbursement of actual, necessary expenses pursuant to §330 of the Bankruptcy Code, it is hereby ORDERED and DECREED that the Application is GRANTED. Applicant is awarded $1,500.00 in compensation and $0 in reimbursement of actual, necessary expenses; the $1,000.00 remaining balance of the initial fee is approved for payment through the Debtor's Chapter 13 Plan.

BR THE COURT:

_____
**Date: April 3, 2019**          HON. JEAN K. FITZSIMON