United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-10736-jkf
Jamil T Williams                                                         Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Apr 03, 2019
                             Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2019.
db              Jamil T Williams,   104 W. Cortland Street,   Philadelphia, PA 19140

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2019 at the address(es) listed below:
            FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
            ecf_frpa@trustee13.com
            JONATHAN  KRINICK    on behalf of Debtor Jamil T Williams jkrinick@wwdlaw.com,
            jkrinick@hotmail.com
            LEON P. HALLER    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
            dmaurer@pkh.com;mgutshall@pkh.com
            PAMELA ELCHERT THURMOND    on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
            karena.blaylock@phila.gov
            POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
            ecf_frpa@trustee13.com
            REBECCA ANN SOLARZ    on behalf of Creditor   U.S. BANK, NATIONAL ASSOCIATION (TRUSTEE FOR THE
            PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
            SCOTT  WATERMAN    ECFmail@fredreiglech13.com,   ECF_FRPA@Trustee13.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                        TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                              :
                                                    :   Bankruptcy No.  18-10736-jkf
        JAMIL T. WILLIAMS,                          :
                          Debtor                    :
                                                    :

## <u>ORDER</u>

　　　　　AND NOW, this _____ day _____, 2019, upon consideration of

Attorney's request for an award of compensation and reimbursement of actual,

necessary expenses pursuant to §330 of the Bankruptcy Code,  it is hereby ORDERED

and DECREED that the Application is GRANTED.  Applicant is awarded $1,500.00 in

compensation and $0 in reimbursement of actual, necessary expenses; the $1,000.00

remaining balance of the initial fee is approved for payment through the Debtor's

Chapter 13 Plan.


　　　　　　　　　　　　　　　　　BR THE COURT:

**Date: April 3, 2019**                            _____
                                                   HON. JEAN K. FITZSIMON