| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 18-10736-AMC**

JAMIL T WILLIAMS
104 W CORTLAND STREET
PHILADELPHIA  PA    19140

Petition Filed Date: 02/03/2018
341 Hearing Date: 04/06/2018
Confirmation Date: 11/07/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $301.00 | 25415562363 | 01/23/2019 | $301.00 | 25415589071 | 02/21/2019 | $301.00 | 25664730682 |
| 03/25/2019 | $301.00 | 25664749222 | 05/21/2019 | $301.00 |  | 07/08/2019 | $602.00 |  |
| 08/13/2019 | $301.00 |  | 09/26/2019 | $602.00 |  | 12/26/2019 | $602.00 | 6428402000 |
| 01/24/2020 | $301.00 | 6503968000 | 02/27/2020 | $301.00 | 6590078000 | 03/30/2020 | $301.00 | 6672726000 |
| 04/23/2020 | $301.00 | 6734107000 | 05/28/2020 | $301.00 | 6818816000 | 06/25/2020 | $301.00 | 6888551000 |
| 07/23/2020 | $301.00 | 6958190000 |  |  |  |  |  |  |

**Total Receipts for the Period: $5,719.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,036.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | FEDERAL LOAN SERVICING<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 001 | Secured Creditors | $1,556.76 | $1,556.76 | $0.00 |
| 4 | PA HOUSING FINANCE AGENCY<br>»» 004 | Mortgage Arrears | $13,326.86 | $4,236.36 | $9,090.50 |
| 3 | CITY OF PHILADELPHIA (LD)<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | JONATHAN KRINICK ESQ<br>»» 005 | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |

**Chapter 13 Case No. 18-10736-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,036.00 | Current Monthly Payment: | $301.00 |
| Paid to Claims: | $6,793.12 | Arrearages: | $598.00 |
| Paid to Trustee: | $701.08 | Total Plan Base: | $17,664.00 |
| Funds on Hand: | $541.80 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.