Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 18-10736-AMC**

JAMIL T WILLIAMS  
104 W CORTLAND STREET  
PHILADELPHIA  PA    19140

Petition Filed Date: 02/03/2018  
341 Hearing Date: 04/06/2018  
Confirmation Date: 11/07/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/24/2020 | $301.00 | 6503968000 | 02/27/2020 | $301.00 | 6590078000 | 03/30/2020 | $301.00 | 6672726000 |
| 04/23/2020 | $301.00 | 6734107000 | 05/28/2020 | $301.00 | 6818816000 | 06/25/2020 | $301.00 | 6888551000 |
| 07/23/2020 | $301.00 | 6958190000 | 08/28/2020 | $300.00 | 7042002000 | 09/24/2020 | $602.00 | 7106890000 |
| 10/29/2020 | $301.00 | 7190813000 | 11/30/2020 | $301.00 | 7263112000 | 12/28/2020 | $301.00 | 7328293000 |
| 02/01/2021 | $301.00 | 7417303000 | 02/25/2021 | $301.00 | 7476587000 | 03/30/2021 | $301.00 | 7560881000 |
| 04/30/2021 | $301.00 | 7633858000 | 05/27/2021 | $301.00 | 7698175000 | | | |

**Total Receipts for the Period: $5,417.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $11,346.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | FEDERAL LOAN SERVICING<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 001 | Secured Creditors | $1,556.76 | $1,556.76 | $0.00 |
| 4 | PA HOUSING FINANCE AGENCY<br>»» 004 | Mortgage Arrears | $13,326.86 | $7,269.54 | $6,057.32 |
| 3 | CITY OF PHILADELPHIA (LD)<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | JONATHAN KRINICK ESQ<br>»» 005 | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |

Chapter 13 Case No. 18-10736-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,346.00 | Current Monthly Payment: | $301.00 |
| Paid to Claims: | $9,826.30 | Arrearages: | $298.00 |
| Paid to Trustee: | $968.87 | Total Plan Base: | $17,664.00 |
| Funds on Hand: | $550.83 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.