Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
Chapter 13 Case No. 18-10736-AMC

JAMIL T WILLIAMS  
104 W CORTLAND STREET  
PHILADELPHIA  PA    19140

Petition Filed Date: 02/03/2018  
341 Hearing Date: 04/06/2018  
Confirmation Date: 11/07/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/30/2021 | $301.00 | 7633858000 | 05/27/2021 | $301.00 | 7698175000 | 06/28/2021 | $301.00 | 7765469000 |
| 07/29/2021 | $301.00 | 7840303000 | 08/26/2021 | $301.00 | 7903035000 | 09/23/2021 | $301.00 | 7966312000 |
| 10/28/2021 | $301.00 | 8041413000 | 11/29/2021 | $301.00 | 8104769000 | 12/23/2021 | $301.00 | 8164019000 |
| 01/27/2022 | $301.00 | 8234595000 | 02/24/2022 | $301.00 | 8295321000 | 03/25/2022 | $301.00 | 8358765000 |
| 04/28/2022 | $301.00 | 8429150000 | 05/26/2022 | $301.00 | 8488318000 | 06/24/2022 | $301.00 | 8545364000 |
| 07/28/2022 | $301.00 | 8612738000 | | | | | | |

**Total Receipts for the Period: $4,816.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $15,560.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | FEDERAL LOAN SERVICING<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 001 | Secured Creditors | $1,556.76 | $1,556.76 | $0.00 |
| 4 | PA HOUSING FINANCE AGENCY<br>»» 004 | Mortgage Arrears | $13,326.86 | $11,119.33 | $2,207.53 |
| 3 | CITY OF PHILADELPHIA (LD)<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | JONATHAN KRINICK ESQ<br>»» 005 | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |

Chapter 13 Case No. 18-10736-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,560.00 | Current Monthly Payment: | $301.00 |
| Paid to Claims: | $13,676.09 | Arrearages: | $298.00 |
| Paid to Trustee: | $1,330.07 | Total Plan Base: | $17,664.00 |
| Funds on Hand: | $553.84 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.