08/30/2022

United States Bankruptcy Court
US BKPT CT PA PHILADELPHIA
900 Market St #400
Philadelphia, PA, 19107

Dear Clerk of Court:

I am having a problem with my credit report. I have a public record appearing on my file which has your court as the source of information. I do not feel that this is reporting correctly on my credit report. The Affidavit of Fact verifies that I have not provided this information to the credit bureaus. I have tried to do as instructed and dispute the information with the credit bureaus, but all they did was send me a letter stating that the information was **"VERIFIED."** There is no way that if they contacted your office, the information in the file would have been verified.

I would like to know if the credit bureaus contacted you regarding my file, and if so, did you supply them directly with the information showing up on my credit report? The file on my credit report is showing like this:

**Chapter 7 (13) Bankruptcy (1810736)**

**Date filed (02/01/2018)  (02/03/2018)**

**Assets $0**

**Liability $0**

SEP  2 2022

TIMOTHY McGRATH, CLERK

If they contacted you, I would simply like to know when. If they did not contact you, I would like to know that as well. I have placed all my personal information at the bottom of this letter, and I have also included a copy of my ID, so you will have no trouble locating my records. Please respond to this letter regarding the matter as soon as possible. Thank you for your prompt attention to this request.

JAMIL T WILLIAMS
1      -7502
104 W Courtland Street
Philadelphia, PA 19140
215-298-1857