Certificate Number: 00927-PAE-DE-037154407

Bankruptcy Case Number: 18-10736



00927-PAE-DE-037154407

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 2, 2023, at 6:11 o'clock PM EST, Jamil T Williams completed a course on personal financial management given by internet by 247 Bankruptcy Class, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 2, 2023                By:    /s/Al Duarte

                                        Name:  Al Duarte

                                        Title: Certified Credit Counselor