United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 18-10736-amc
Jamil T Williams  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Mar 21, 2023     Form ID: 138OBJ     Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jamil T Williams, 104 W. Cortland Street, Philadelphia, PA 19140 |
| 14058385 | | Central Credit Services, 550 N. Regency Square Blvd, Jacksonville, FL 32225 |
| 14058386 | #+ | Federal Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14058387 | + | KML Law Offices, BNY Mellon Independence Ctr, Ste 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14058388 | + | PA Dept. of revenue, PO Box 280948, Harrisburg, PA 17128-0948 |
| 14218059 | + | PAMELA ELCHERT THURMOND, City of Philadelphia, Law/Revenue Department, Mun. Serv. Bldg., 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1617 |
| 14050716 | + | PHFA Mortgage, 211 N. Front Street, Harrisburg, PA 17101-1466 |
| 14170399 | + | U.S. BANK, NATIONAL ASSOCIATION (TRUSTEE FOR THE P, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14085456 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14058389 | + | William W, Siegal & Assoc., 7 Penn Plaza, New York, NY 10001-3967 |
| 14186882 | + | Willig, Williams & Davidson, 1845 Walnut Street, 24th Floor, Philadelphia, PA 19103-4723 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 22 2023 00:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14058384 | + | Email/Text: EBNProcessing@afni.com | Mar 22 2023 00:28:00 | AFNI, PO Box 3097, Bloomington, IL 61702-3097 |
| 14170140 | | Email/Text: megan.harper@phila.gov | Mar 22 2023 00:28:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14050715 | ^ | MEBN | Mar 22 2023 00:24:10 | KML Law Group, P.C., BNY Melon Independence Center, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14071320 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 22 2023 00:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14756482 | + | Email/Text: EBN@edfinancial.com | Mar 22 2023 00:28:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason  Name and Address**

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 21, 2023 | Form ID: 138OBJ | Total Noticed: 17 |

| | | |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14186883 | *+ | Willig, Williams & Davidson, 1845 Walnut Street, 24th Floor, Philadelphia, PA 19103-4723 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2023            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2023 at the address(es) listed below:

**Name**     **Email Address**

BRIAN CRAIG NICHOLAS
  on behalf of Creditor U.S. BANK  NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

JONATHAN KRINICK
  on behalf of Debtor Jamil T Williams jkrinick@wwdlaw.com  jkrinick@hotmail.com

LEON P. HALLER
  on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

LEON P. HALLER
  on behalf of Creditor U.S. BANK  NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

PAMELA ELCHERT THURMOND
  on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

POLLY A. LANGDON
  on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
  ECFMail@ReadingCh13.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Jamil T Williams
        Debtor(s)

Case No: 18−10736−amc
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/21/23